UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYSIDE ROLLERS LLC; and ABIGAIL CARSWELL, <br><br> Defendants. | C22-1807 TSZ |
| APEXART CURATORIAL PROGRAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> APEX ART LAB, LLC, <br><br> Defendant. | C22-1810 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Pursuant to the stipulation of the parties, docket no. 22 in C22-1807 TSZ, Hari Kumar, Brian Siff, Lauren C. Matturri, and the law firm of Duane Morris LLP are granted leave to withdraw as counsel of record for plaintiff in C22-1807 TSZ, effective immediately.

MINUTE ORDER - 1

(2) The prior motion to permit withdrawal and substitution of plaintiff's counsel, docket no. 20 in C22-1807 TSZ, is STRICKEN as moot.

(3) The unopposed motion to permit withdrawal and substitution of plaintiff's counsel, docket no. 20 in C22-1810 TSZ, is GRANTED.  Hari Kumar, Brian Siff, Lauren C. Matturri, and the law firm of Duane Morris LLP are granted leave to withdraw as counsel of record for plaintiff in C22-1810 TSZ, effective immediately.

(4) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of April, 2023.

Ravi Subramanian<br>
Clerk<br>
<br>
s/Laurie Cuaresma<br>
Deputy Clerk

MINUTE ORDER - 2