THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, a Washington Non-Profit Corporation,<br><br>Defendants. | No. 2:22-cv-01807-TSZ<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO PERMIT PLAINTIFF TO AMEND COMPLAINT BASED ON RECENT DISCOVERY**<br><br>**NOTE ON MOTION CALENDAR:**<br>September 21, 2023 |

**UNOPPOSED MOTION**

COMES NOW Plaintiff Apexart Curatorial Program, Inc. ("Plaintiff") through its respective counsel, and Defendants Bayside Rollers LLC and Abigail Carswell ("Defendants"), by and through their respective counsel, submit this Unopposed Motion to Permit Plaintiff to Amend Complaint Based on Recent Discovery.

Plaintiff brought this case alleging infringement of its registered trademark APEXART by Defendants, owners of the mark APEX Art and Culture Program and its eponymous building. Plaintiff is a non-profit arts and education institution. APEX Art and Culture Program houses a

UNOPPOSED MOTION TO PERMIT PLAINTIFF TO
AMEND COMPLAINT BASED ON RECENT
DISCOVERY - 1
2:22-cv-01807-TSZ

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

museum exhibiting aerosol paint-based pieces, hosts various events, and is the home to a steak restaurant and forthcoming cocktail bar.

The case is currently proceeding pursuant to the Scheduling Order entered March 23, 2023 (Dkt. No. 19 Minute Order Setting Trial Date and Related Deadlines). The operative Scheduling Order provides that the deadline for joining additional parties was April 20, 2023.

As set forth below, Plaintiff respectfully requests leave to amend its Complaint to join two additional parties based upon facts recently learned in discovery. Defendants have indicated that they do not oppose this motion. *See* Parsons Decl. at ¶ 5. Specifically, Plaintiff respectfully seeks leave to amend its complaint to join two additional defendants: Bayside Hospitality LLC and American Graffiti and Urban Art Conservation Project ("AMGRAF"). The Proposed Amended Complaint is attached as Exhibit A to this motion in compliance with LCR 15.

A.   **The Deadline to Join Additional Parties Should Be Extended**

Good cause exists to amend the scheduling order to extend the deadline to join additional parties.

Through discovery Plaintiff has learned of the ownership structure of APEX Art and Culture Center, the project and building owned by Defendant Bayside Rollers LLC that incorporates the allegedly offending mark. Plaintiff received certain emails from Defendants on September 1, 2023 and deposed John Carswell, owner of Bayside Hospitality LLC and board member for AMGRAF, on September 5, 2023. The emails and deposition testimony revealed that AMGRAF owns the museum housed in APEX Art and Culture Center and that Bayside Hospitality LLC operates the APEX Art and Culture Center building, including the restaurant and events, and promotions using the mark "APEX Art and Culture Center." *See* Parsons Decl. at ¶ 5.

Plaintiff respectfully submits that there is no prejudice to Defendants. In addition to the fact that they did not oppose this motion, the addition of these new parties affiliated with Defendants need not increase the complexity or duration of the case. The Parties have discussed

UNOPPOSED MOTION TO PERMIT PLAINTIFF TO
AMEND COMPLAINT BASED ON RECENT
DISCOVERY - 2
2:22-cv-01807-TSZ

**Corr Cronin LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

and agree that there would be no need to make any other changes to the deadlines in the scheduling order (Dkt. No. 19). *See* Parsons Decl. at ¶ 5.

**B.      Plaintiff Should Be Allowed Amend its Complaint to Join Additional Defendants**

AMGRAF and Bayside Hospitality LLC are permissive parties under Rule 20(a)(2). Plaintiff asserts relief against all parties jointly, severally, or in the alternative with respect to the same series of transactions and occurrences. Further, questions of law or fact common to all defendants will arise in the action and joinder may be necessary to afford Plaintiff relief.

Under Fed. R. Civ. Pro. 15(a)(2) "a party may amend its pleading only with the opposing party's written consent or the court's leave." Here, Defendants do not oppose this motion and do not oppose Plaintiff's amending the complaint. *See* Parsons Decl. at ¶ 5.

For the foregoing reasons, Plaintiff respectfully requests that that the Court allow Plaintiff to amend its complaint to join the two additional parties referenced above and enter the Amended Complaint attached to this unopposed motion as Exhibit A.

I certify that this memorandum contains 590 words, in compliance with the Local Civil Rules.

DATED this 21st day of September, 2023.

CORR CRONIN LLP

*s/ John T. Bender*
John T. Bender, WSBA No. 49658
Emily Parsons, WSBA No. 57061
Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
(206) 625-8600 Phone | (206) 625-0900 Fax
Email: jbender@corrcronin.com
            eparsons@corrcronin.com

*Plaintiff Apexart Curatorial Program, Inc.*

UNOPPOSED MOTION TO PERMIT PLAINTIFF TO
AMEND COMPLAINT BASED ON RECENT
DISCOVERY - 3
2:22-cv-01807-TSZ

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900