THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, a Washington Non-Profit Corporation, <br><br> Defendants. | No. 2:22-cv-01807-TSZ <br><br> **DECLARATION OF EMILY PARSONS IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO PERMIT PLAINTIFF TO AMEND COMPLAINT BASED ON RECENT DISCOVERY** |

Emily Parsons states and declares as follows:

1. I am over eighteen years of age, competent to testify, and submit this declaration based upon personal knowledge.

2. I am one of the attorneys representing Plaintiff Apexart Curatorial Program, Inc. in this matter, and I make this declaration in support of Plaintiff's Unopposed Motion to Permit Plaintiff to Amend Complaint Based on Recent Discovery.

3. Plaintiff received certain emails from Defendants on September 1, 2023 and deposed John Carswell, owner of Bayside Hospitality LLC and board member for AMGRAF, on

DECLARATION OF EMILY PARSONS IN SUPPORT OF UNOPPOSED MOTION TO PERMIT PLAINTIFF TO AMEND COMPLAINT BASED ON RECENT DISCOVERY - 1
2:22-cv-01807-TSZ

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

September 5, 2023. The emails and deposition testimony revealed that AMGRAF owns the museum housed in APEX Art and Culture Center and that Bayside Hospitality LLC operates the APEX Art and Culture Center building, including the restaurant and events, and promotions using the mark "APEX Art and Culture Center."

4. On September 6, 2023, I reached out to counsel requesting their consent to amend the complaint to join additional parties.

5. The Parties met on September 20, 2023. During that meeting, counsel for Defendants conveyed that they did not oppose Plaintiff's motion, which was filed concurrently with this declaration. At that meeting, the Parties agreed that there would be no need to make any other changes to the deadlines in the scheduling order (Dkt. No. 19).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 21st day of September, 2023, at Seattle, Washington.

*s/ Emily Parsons*
Emily Parsons, WSBA No. 57061

DECLARATION OF EMILY PARSONS IN SUPPORT OF UNOPPOSED MOTION TO PERMIT PLAINTIFF TO AMEND COMPLAINT BASED ON RECENT DISCOVERY - 2
2:22-cv-01807-TSZ

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900