|  | Honorable Thomas S. Zilly |
|---|---|

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| APEXART CURATORIAL PROGRAM, INC., | CASE NO. 2:22-cv-01807-TSZ |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE** |
| BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, a Washington Non-Profit Corporation, | |
| Defendants. | |

TO:  Apexart Curatorial Program Inc.

AND TO:  John Bender, Emily Parsons, and Laurel Brown, Plaintiff's Attorneys.

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE and be advised that PETER OJALA  and JORDAN KOSTELYK appear as attorneys of record for the Defendants, BAYSIDE HOSPITALITY, LLC and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT without waiving any defects as to the jurisdiction of the subject matter, lack of jurisdiction over the person, improper venue, insufficiency of

NOTICE OF APPEARANCE - Page 1

**OJALA LAW**
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON  98291
PHONE (360) 568-9825 peter@ojalalaw.com

process, insufficiency of service of process, misjoinder or nonjoinder, and hereby requests that any and all further pleadings or notices except original process affecting the rights of said Defendants be served upon the undersigned counsel at the address stated below.

DATED this 26th day of October, 2023

OJALA LAW INC., P.S.

*Jordan Kostelyk*
Peter C. Ojala, WSBA#42163
Jordan D. Kostelyk, WSBA#59968
Attorneys for Defendants
P.O. Box 211
Snohomish, WA 98291
Tel: (360) 568-9825
peter@ojalalaw.com
jordan@ojalalaw.com

NOTICE OF APPEARANCE - Page 2

## CERTIFICATE OF MAILING/SERVICE

I hereby certify that on October 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John Bender<br>Emily Parsons<br>Laurel Brown<br>Corr Cronin LLP<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104<br>Email: jbender@corrcronin.com,<br>eparsons@corrcronin.com,<br>lbrown@corrcronin.com | [ ] U.S. Mail<br>[ ] Legal Messenger<br>[ ] Overnight Delivery<br>[X] By Email:<br>[X] E-Service |

*Jordan Kostelyk*
_____
Jordan D. Kostelyk

NOTICE OF APPEARANCE - Page 3

**OJALA LAW**
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825  peter@ojalalaw.com