process, insufficiency of service of process, misjoinder or nonjoinder, and hereby requests that any and all further pleadings or notices except original process affecting the rights of said Defendants be served upon the undersigned counsel at the address stated below.

DATED this 27th day of October, 2023

By: s/ Peter Ojala
Peter C. Ojala, WSBA#42163

By: s/ Jordan Kostelyk
Jordan D. Kostelyk, WSBA#59968

OJALA LAW INC., P.S.
P.O. Box 211
Snohomish, WA 98291
Tel: (360) 568-9825
Email: peter@ojalalaw.com
jordan@ojalalaw.com
Attorneys for Defendants.

NOTICE OF APPEARANCE - Page 2

OJALA LAW
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825  peter@ojalalaw.com