Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, a Washington Non-Profit Corporation, <br><br> Defendants. | CASE NO. 2:22−cv−01807−TSZ <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **(PROPOSED)** |

**THIS MATTER** having come on for hearing before the undersigned Judge on Defendants' Motion for Partial Summary Judgment and Plaintiff's Motion for Partial Summary Judgment, the Court having considered the materials filed on this issue, including:

1. Defendants' Motion for Partial Summary Judgment;

(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMETN & DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT-Page 1

OJALA LAW
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825 peter@ojalalaw.com

2. The Declaration of John Carswell, and exhibits thereto in support of Defendants' motion and in opposition to Plaintiff's motion;

3. The Declaration of Sherry Jennings, and exhibits thereto in support of Defendants' motion and in opposition to Plaintiff's motion;

4. The Declaration of Jordan Kostelyk, and exhibits thereto in support o Defendants' motion and in opposition to Plaintiff's motion

5. Plaintiff Apexart Curatorial Program, Inc.'s Motion for Partial Summary Judgment;

6. Declaration of Emily Parsons and exhibits thereto in support of Plaintiff's Motion;

7. The Declaration of Steven Rand and exhibits thereto in support of Plaintiff's Motion

8. _____

9. _____

10. _____

11. _____

And being fully advised; now therefore

   IT IS ORDERED that Defendants' Motion for Partial Summary Judgment is GRANTED.

   IT IS ORDERED that Plaintiff's Motion for Partial Summary Judgment is DENIED.

   IT IS ORDERED that Plaintiff's claims for actual and punitive damages are dismissed.

(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMETN & DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT-Page 2

OJALA LAW
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON  98291
PHONE (360) 568-9825 peter@ojalalaw.com

IT IS ORDERED that Plaintiff's federal trademark infringement claim under 15 USC 1114 is dismissed.

IT IS ORDERED that Plainiff's claim that this is an exceptional case under 15 U.S.C. § 1117(a) is dismissed.

IT IS ORDERED that Plaintiff's claims for common law unfair competition and Washington State Consumer Protection Act claims (RCW 19.86 et seq) are dismissed because Plaintiff has not proven that the Defendants have engaged in unfair or deceptive practice, nor has Plaintiff shown that any alleged practice causes a public interest impact that causes injury to its business or property.

Defendants are entitled to summary judgment dismissal of all Defendants claims because no reasonable jury could find, even after drawing any material factual inferences in light most favorable to Plaintiff, that Defendants' actual use of APEX Art and Culture Center as shown in the record creates a likelihood of confusion in the minds of the relevant consuming public or donors as to the origin or source of the services to cause injury to Plaintiff.

IT IS FURTHER ORDERED that Defendants may file a motion for reasonable attorney's fees under 15 U.S.C. 1117 of the Lanham Act, and an amount thereof, by separate motion.

(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMETN & DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT-Page 3

**OJALA LAW**
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON  98291
PHONE (360) 568-9825  peter@ojalalaw.com

DATED:_____

_____
HONORABLE THOMAS S. ZILLY
United States District Judge

OJALA LAW INC., P.S.

  /s/  Peter C. Ojala
Peter C. Ojala, WSBA#42163
Jordan D. Kostelyk, WSBA#59968
Attorneys for Defendants
P.O. Box 211
Snohomish, WA 98291
Tel: (360) 568-9825
peter@ojalalaw.com
jordan@ojalalaw.com

(PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMETN & DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT-Page 4

OJALA LAW
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON  98291
PHONE (360) 568-9825 peter@ojalalaw.com