WAWD – Praecipe (Revised 6/2021)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APEXART CURATORIAL PROGRAM, INC.,

Plaintiff(s),

v.

BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION

Defendant(s).

CASE NO. 2:22−cv−01807−TSZ

PRAECIPE

To the Clerk of the above-entitled court:
You will please:

File this as the corrected brief to Docket #39. There was a typographical error in the conclusion of the brief on page 34, lines 8-9 which was changed from "they" to "then". Additionally, on page 28 line 20 to page 29 line 1 there was an error as to the services identified in the USPTO system and should have read "bar and restaurant" services instead of "entertainment". As well as the addition of "partial" to the footer of the whole brief to match the caption.

10/31/2023
Dated

s/ Jordan Kostelyk
Sign or use an "s/" and your name

Jordan D Kostelyk, WSBA #59968
Attorney for Defendants
P.O. Box 211
Snohomish, WA 98291
Tel: (360) 568-9825
Email: jordan@ojalalaw.com
Name, Address, and Phone number of Counsel or Pro Se