UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APEXART CURATORIAL PROGRAM, INC.,

Plaintiff(s),

v.

BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION

Defendant(s).

CASE NO. 2:22−cv−01807−TSZ

PRAECIPE

To the Clerk of the above-entitled court:
You will please:

File this as the corrected brief to Docket #44. The Defendants' OPPOSITION TO THE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT had the following typographical errors:
Page 4 line 13 fixed the typo changing "Plaintiffs'" to "Defendants'"
Page 9 line 13 fixed the typo in "Defendants" and apostrophe on Plaintiff.
Page 9 line 14 removed comma
Page 11 line 1 removed superfluous word "very"
Page 11 line 9 fixed the typo in "'apex.'" to "'apexart.'"
Page 11 line 10, Page 12 line 7, and Page 13 line 5, fixed apostrophe

10/31/2023
Dated

s/ Peter Ojala
Sign or use an "s/" and your name

Peter C. Ojala WSBA#42163
Attorney for Defendants
P.O. Box 211
Snohomish, WA 98291
Tel: (360) 568-9825
Email: peter@ojalalaw.com

Name, Address, and Phone number of Counsel or Pro Se