Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, <br><br> Defendants. | CASE NO. 2:22-cv-01807-TSZ <br><br> **NOTICE OF UNAVAILABILITY OF COUNSEL** |

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN, that the undersigned, counsel for Defendants will be unavailable during the following dates:

- **November 06 , 2023, through November 13, 2023**
- **November 23, 2023, through November 27, 2023**
- **December 25, 2023, through January 02, 2024**

Please do not set any trial, dispositive motions, hearings, or other matters requiring a response or appearance by the undersigned during the designated times of unavailability.

NOTICE OF UNAVAILABILITY
OF COUNSEL - Page 1

**OJALA LAW**
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825 peter@ojalalaw.com

DATED this 2nd day of November, 2023

By: s/ Peter Ojala
Peter C. Ojala, WSBA#42163

By: s/ Jordan Kostelyk
Jordan D. Kostelyk, WSBA#59968

OJALA LAW INC., P.S.
P.O. Box 211
Snohomish, WA 98291
Tel: (360) 568-9825
Email: peter@ojalalaw.com
jordan@ojalalaw.com
Attorneys for Defendants.

**NOTICE OF UNAVAILABILITY
OF COUNSEL** - Page 2

## CERTIFICATE OF MAILING/SERVICE

I hereby certify that on November 2, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| John Bender<br>Emily Parsons<br>Corr Cronin LLP<br>1015 Second Avenue, Floor 10<br>Seattle, Washington 98104<br>Email: jbender@corrcronin.com,<br>eparsons@corrcronin.com, | [ ] U.S. Mail<br>[ ] Legal Messenger<br>[ ] Overnight Delivery<br>[X] By Email:<br>[X] E-Service |

                                                           ____s/ Jordan Kostelyk_____
                                                           Jordan D. Kostelyk

**NOTICE OF UNAVAILABILITY OF COUNSEL** - Page 3

**OJALA LAW**
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825  peter@ojalalaw.com