UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

APEXART CURATORIAL PROGRAM, INC.,

    Plaintiff,

v.

BAYSIDE ROLLERS LLC; and ABIGAIL CARSWELL,

    Defendants.

C22-1807 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion for partial summary judgment, docket no. 34, is RENOTED to December 1, 2023, and will be considered together with defendants' motion for summary judgment, docket no. 39. The due date for plaintiff's reply in support of its motion for partial summary judgment remains November 3, 2023.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 3rd day of November, 2023.

    Ravi Subramanian
    Clerk

    s/Laurie Cuaresma
    Deputy Clerk

MINUTE ORDER - 1