THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, a Washington Non-Profit Corporation,<br><br>Defendants. | No. 2:22-cv-01807-TSZ<br><br>**NOTICE OF WITHDRAWAL** |

TO:        Clerk of the Court;

AND TO:    All parties and counsel of record.

PLEASE TAKE NOTICE that Emily A. Parsons of Corr Cronin LLP hereby withdraws as attorney of record for Plaintiff Apexart Curatorial Program, Inc. in the above-entitled action. John T. Bender of Corr Cronin LLP remains as counsel for Plaintiff Apexart Curatorial Program, Inc. This withdrawal is effective immediately.

//

//

NOTICE OF WITHDRAWAL - 1
2:22-cv-01807-TSZ

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 28th day of December, 2023.

CORR CRONIN LLP

*s/ Emily A. Parsons*
Emily A. Parsons, WSBA No. 57061
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
eparsons@corrcronin.com

*Withdrawing Attorney for Plaintiff Apexart Curatorial Program, Inc.*

*s/ John T. Bender*
John T. Bender, WSBA No. 49658
1015 Second Avenue, Floor 10
Seattle, Washington  98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com

*Attorneys for Plaintiff Apexart Curatorial Program, Inc.*

NOTICE OF WITHDRAWAL - 2
2:22-cv-01807-TSZ

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900