THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, a Washington Non-Profit Corporation, <br><br> Defendants. | No. 2:22-cv-01807-TSZ <br><br> **NOTICE OF APPEARANCE** <br><br> **(Clerk's Action Required)** |

TO: Clerk of the Court;

AND TO: All parties and counsel of record.

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Eric A. Lindberg and Laurel Brown hereby appears with John T. Bender of CORR CRONIN LLP in the above-titled proceeding on behalf Plaintiff Apexart Curatorial Program, Inc. ("Plaintiff"). All further pleadings or notices of any nature whatsoever, except original process, in this cause may be served upon said Plaintiff by delivering a copy thereof to the undersigned at the address below stated. Plaintiff reserves and does not waive any defenses, including but not limited to insufficiency of service and

NOTICE OF APPEARANCE - 1
2:22-cv-01807-TSZ

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

lack of jurisdiction.

DATED this 2nd day of January, 2024.

*s/ Eric A. Lindberg*
Eric A. Lindberg, WSBA No. 43596


*s/ Laurel Brown*
Laurel Brown, WSBA No. 59015

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
elindberg@corrcronin.com
lbrown@corrcronin.com


CORR CRONIN LLP


*s/ John T. Bender*
John T. Bender, WSBA No. 49658
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
jbender@corrcronin.com


*Attorneys for Plaintiff Apexart Curatorial Program, Inc.*

NOTICE OF APPEARANCE - 2
2:22-cv-01807-TSZ

**CORR CRONIN** LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900