Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, a Washington Non-Profit Corporation, <br><br> Defendants. | No. 2:22-cv-01807-TSZ <br><br> **NOTICE OF WITHDRAWAL** |

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

YOU AND EACH OF YOU PLEASE TAKE NOTICE that Jordan D. Kostelyk, hereby withdraws as an attorney of record for the above captioned Defendants. Peter Ojala of Ojala Law Inc., P.S. remains as counsel for Defendants.

This withdrawal is effective **immediately**.

**NOTICE OF WITHDRAWAL OF COUNSEL** - Page 1

OJALA LAW
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825 peter@ojalalaw.com

DATED, this 5th day of January, 2024

 s/ Jordan Kostelyk
Jordan D. Kostelyk, WSBA#59968
Withdrawing Attorney of Record

**NOTICE OF WITHDRAWAL
OF COUNSEL** - Page 2