Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC., <br><br>Plaintiff, <br><br>v. <br><br>BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, a Washington Non-Profit Corporation, <br><br>Defendants. | No. 2:22-cv-01807-TSZ <br><br>**NOTICE OF APPEARANCE** <br><br>**[Clerk's Action Required]** |

TO: CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

YOU AND EACH OF YOU PLEASE TAKE NOTICE that Tanner J. Hoidal of Ojala Law Inc., P.S. hereby appears with Peter Ojala of Ojala Law Inc., P.S. in the above titled proceeding on behalf of the above captioned Defendants. All further pleadings or notices of any nature whatsoever in this matter, except original process, shall be served upon said Defendants by delivering a copy thereof to Peter Ojala and the undersigned at

**NOTICE OF APPEARANCE
OF COUNSEL** - Page 1

OJALA LAW
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825 peter@ojalalaw.com

the address below stated. Defendants reserve and does not waive any defenses, including but not limited to insufficiency of service and lack of jurisdiction.

DATED, this 5th day of January, 2024

_____
Tanner J. Hoidal, WSBA#56660
Ojala Law Inc., P.S.
PO Box 211
Snohomish, WA 98291
(435)-367-1691
tanner@ojalalaw.com
Appearing Attorney for Defendants

**NOTICE OF APPEARANCE
OF COUNSEL** - Page 2

OJALA LAW
INC PS
**PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825** peter@ojalalaw.com