Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE ROLLERS LLC, ABIGAIL CARSWELL, BAYSIDE HOSPITALITY LLC, a Washington Limited Liability Company, and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, a Washington Non-Profit Corporation, <br><br> Defendants. | CASE NO. 2:22-cv-01807-TSZ <br><br> **STIPULATED MOTION TO MODIFY CASE SCHEDULING ORDER** <br><br> NOTE ON MOTION CALENDAR: Same Day Consideration (2/12/2024) |

## I. STIPULATED MOTION

The above captioned Parties, by and through their respective counsel of record, hereby move pursuant to FCRP 16(b)(4) and LCR 16(b)(6) for a modification of the Case Schedule established in the Court's March 23, 2023 Minute Order, which currently sets the following schedule:

STIPULATED MOTION TO MODIFY CASE
SCHEDULE - Page 1

| | |
|---|---|
| Jury Trial Date: | **June 3, 2024** |
| Length of Trial: | **2-3 days** |
| Deadline for joining additional parties: | **April 20, 2023** |
| Deadline for amending pleadings: | **November 13, 2023** |
| Disclosure of expert testimony under FRCP 25(a)(2): | **November 13, 2023** |
| All Motions related to discovery: | **January 4, 2024** |
| Discovery completed by: | **February 12, 2024** |
| All dispositive Motions: | **March 14, 2024** |
| All Motions related to expert witnesses: | **March 21, 2024** |
| All Motions in limine: | **May 2, 2024** |
| Agreed Pretrial Order: | **May 17, 2024** |
| Trial Briefs, voir dire questions, and jury instructions: | **May 17, 2024** |
| Pretrial Conference @ 10:00AM: | **May 24, 2024** |

The Parties request the following revisions to the current schedule, primarily shifting all underlined deadlines/events approximately 120 dates, proposed as follows:

| | |
|---|---|
| <u>Jury Trial Date:</u> | **~October 1, 2024** |
| Length of Trial: | **2-3 days** |
| Deadline for joining additional parties: | **April 20, 2023** |
| Deadline for amending pleadings: | **November 13, 2023** |
| Disclosure of expert testimony under FRCP 25(a)(2): | **November 13, 2023** |
| <u>All Motions related to discovery:</u> | **~May 3, 2024** |
| <u>Discovery completed by:</u> | **~June 11, 2024** |
| <u>All dispositive Motions:</u> | **~July 12, 2024** |
| <u>All Motions related to expert witnesses:</u> | **~July 19, 2024** |
| <u>All Motions in limine:</u> | **~August 30, 2024** |
| <u>Agreed Pretrial Order:</u> | **~September 16, 2024** |
| <u>Trial Briefs, voir dire questions, and jury instructions:</u> | **~September 16, 2024** |
| <u>Pretrial Conference @ 10:00AM:</u> | **~September 23, 2024** |

This matter involves, in part, a claim for trademark infringement by Plaintiffs against Defendants. Both Parties previously moved for Partial Summary Judgment in

STIPULATED MOTION TO MODIFY CASE
SCHEDULE - Page 2

OJALA LAW
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825 peter@ojalalaw.com

October of 2023 on multiple substantive claims and are currently awaiting the Court's ruling(s) on those Motions.

The Parties agree that there is good cause to modify the Case Schedule as proposed, and that modification will foster judicial economy and serve the interests of justice.

The Parties are currently awaiting the Court's ruling on their Motions for Partial Summary Judgment. The Parties expect the Court's ruling on Summary Judgment may limit the number of substantive issues in this matter, and may obviate the need to conduct certain discovery. Additionally, depending on the Court's ruling on Summary Judgment, one or more parties may be more amenable to alternative dispute resolution.

The proposed case schedule modification will allow the Parties to avoid potential unnecessary costs related to discovery and increase the likelihood of resolving this matter without the need for trial. No party would be prejudiced if the Case Schedule is modified as proposed herein. This is also the first request by either party to modify the Case Schedule.

## II.     CONCLUSION

For the reasons set forth herein, the Parties respectfully request the Court issue a new case schedule substantially consistent with the schedule proposed herein, or as reasonably consistent with the Court's calendar.

STIPULATED MOTION TO MODIFY CASE SCHEDULE - Page 3



OJALA LAW
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825 peter@ojalalaw.com

Dated this 12th day of February, 2024

OJALA LAW INC., P.S.

__/s/ Tanner Hoidal__
Tanner J. Hoidal, WSBA#56660
Peter C. Ojala, WSBA#42163
PO Box 211
Snohomish, WA 98291
(425) 367-1691
tanner@ojalalaw.com
peter@ojalalaw.com
*Attorney for Defendants*

CORR CRONIN, LLP

__/s/ Eric A. Lindberg__
Eric A. Lindberg, WSBA#43596
Laurel Brown, WSBA#59015
John T. Bender, WSBA#49658
1015 Second Ave., Floor 10
Seattle, WA 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
elindberg@corrcronin.com
lbrown@corrcronin.com
jbender@corrcronin.com
*Attorneys for Plaintiff*

OJALA LAW
INC PS
PO BOX 211
SNOHOMISH, WASHINGTON 98291
PHONE (360) 568-9825 peter@ojalalaw.com