UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYSIDE ROLLERS LLC; ABIGAIL CARSWELL; BAYSIDE HOSPITALITY LLC; and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT, <br><br> Defendants. | C22-1807 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Pretrial Conference is CONTINUED from September 20, 2024, to October 15, 2024, at 10:00 a.m. The pending motions in limine, docket nos. 68 and 70, are RENOTED to October 7, 2024. Responses are due on the new noting date.

(2) The deadlines for the agreed Pretrial Order, proposed voir dire questions, proposed jury instructions, and trial briefs are EXTENDED to October 7, 2024.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of September, 2024.

                                               Ravi Subramanian
                                               Clerk

                                               s/Laurie Cuaresma
                                               Deputy Clerk

MINUTE ORDER - 1