UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APEXART CURATORIAL PROGRAM, INC. ,<br><br>                Plaintiff,<br><br>  v.<br><br>BAYSIDE ROLLERS LLC; ABIGAIL CARSWELL; BAYSIDE HOSPITALITY LLC; and AMERICAN URBAN ART AND GRAFFITI CONSERVATION PROJECT,<br><br>                Defendants. | C22-1807 TSZ<br><br>ORDER |

    Counsel having advised the Court that this matter has been resolved, *see* Joint Notice of Settlement (docket no. 73), and it appearing that no issue remains for the Court's determination,

    NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.  The jury trial date of October 21, 2024, the pretrial conference set for October 15, 2024, at 10:00 a.m., and the pending motions in limine, docket nos. 68 and 70, are STRICKEN.

    In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **30** days of the date of this Order.

ORDER - 1

1    The Clerk is directed to CLOSE this case and to send a copy of this Order to all
2 counsel of record.
3    IT IS SO ORDERED.
4    Dated this 12th day of September, 2024.

                                        Thomas S. Zilly
                                      United States District Judge

ORDER - 2